STATE OF MONTANA, Plaintiff, vs. ROY McINTOSH, Defendant.
## DECISION
No. Cr 1207

The application of the above-named defendant for a review of the sentence of Ten (10) years imposed on December 1, 1976, was fully heard and after a careful consideration of the entire matter it is decided that:

The sentence be and remain as originally imposed.

We wish to thank Mary M. Krinsky, Montana Defender Project, for her assistance to the defendant and this Court.

DATED this 18th day of March, 1977.

SENTENCE REVIEW DIVISION

Jack D. Shanstrom, Chairman; Robert C. Sykes.